**Exhibit A to the Complaint**

**Location:** San Carlos, CA
**Total Works Infringed:** 26

**IP Address:** 162.192.7.34
**ISP:** AT&T Internet

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 42A8AC4A48FEFAF99406541D9762A2F48E4AAB1E | 03/10/2026 05:29:59 | Milfy | 07/02/2025 | 07/08/2025 | PA0002539167 |
| 2 | 8539450D1C2FDF54CBC41C4DA6A8623F506AED1E | 03/09/2026 20:14:42 | Vixen | 01/19/2020 | 02/20/2020 | PA0002237691 |
| 3 | 0489803481595d6d054803c7a6ad2be7b613e55f | 02/19/2026 11:40:48 | Blacked Raw | 08/19/2024 | 09/17/2024 | PA0002490351 |
| 4 | 969CDEC5FB52F6685ABF8FDA7A6052E36980E1AE | 02/09/2026 01:59:07 | Vixen | 01/02/2026 | 01/07/2026 | PA0002559445 |
| 5 | 6E8053304CADAB91AE6EE563EA2A672C0A8B8E9D | 02/04/2026 02:53:31 | Vixen | 02/01/2026 | 02/04/2026 | PA0002565328 |
| 6 | CD29CD1FF282CB73545400D20CBF62E3F4B47CC2 | 02/03/2026 00:35:18 | Vixen | 10/04/2025 | 11/10/2025 | PA0002553386 |
| 7 | 46DD3E8B505AFF38AC323AB0430ABD4C59274F54 | 02/02/2026 08:24:04 | Tushy | 07/06/2025 | 07/08/2025 | PA0002539168 |
| 8 | B08A8DABF46A5868C42E8E7FACDB9F5379EE8209 | 01/28/2026 09:50:14 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 9 | 5D11111B444E3E977263B20EB6E395D8E045D403 | 01/28/2026 07:24:44 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 10 | 1CB94E783ACD6DF2EF45596BF3655FDC32E09F9E | 01/28/2026 01:42:58 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 11 | 4F5FEA806F689BD33DC65CE5E275D8AEF77214D1 | 01/28/2026 01:35:17 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 12 | DB320C1F52EC9137B229DC2BAFEECAA9C652ECE4 | 01/28/2026 00:39:56 | Vixen | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 13 | 13E161A5A62ADEBD102AC01419E7909A96B7AF1C | 01/28/2026 00:39:46 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 14 | 68D9007F1C809F6A629766276D196D97F2672F8B | 01/19/2026 07:01:57 | Vixen | 12/28/2025 | 01/02/2026 | PA0002558881 |
| 15 | 2A3CB4CD33DF46743F4FF741D55E661191F69BB3 | 01/19/2026 07:01:50 | Vixen | 11/08/2025 | 11/14/2025 | PA0002553512 |
| 16 | 2F4939572F62464356DEDA44A4F10A5A549139FD | 10/23/2025 23:49:26 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 70281D4CE87F5DBA96C86EF5401304CC3DEC670C | 10/18/2025 00:16:58 | Tushy | 12/01/2024 | 12/13/2024 | PA0002506317 |
| 18 | C0D8DA8DEF2B599F31F2AB45399544DC01F35B2B | 08/18/2025 22:58:08 | Vixen | 12/15/2019 | 01/03/2020 | PA0002233430 |
| 19 | B1F817D10A6AC9AC43BD539EB71AEEE950A284FE | 08/18/2025 22:57:40 | Vixen | 02/18/2020 | 03/18/2020 | PA0002241449 |
| 20 | d17ad16a9e5c35c4d040589b6670590104c94706 | 08/02/2025 22:12:59 | Vixen | 10/26/2019 | 11/05/2019 | PA0002227099 |
| 21 | 7F6D22651514A14712EF8B218E5D7290662748E0 | 07/15/2025 23:13:21 | Tushy | 05/18/2025 | 05/20/2025 | PA0002531763 |
| 22 | B95D46BEC06B5D02C7B91CB29B1976ADAB64E03F | 07/12/2025 02:07:12 | Vixen | 08/26/2022 | 10/05/2022 | PA0002373767 |
| 23 | 91398B13F8A9800F779853A4C5FB134C59AE5780 | 07/11/2025 20:42:13 | Vixen | 02/04/2022 | 02/14/2022 | PA0002335462 |
| 24 | E846D37CA22F87886A2C3C4A72A1ECC7EFB1B77C | 07/07/2025 05:27:38 | Vixen | 04/25/2025 | 05/20/2025 | PA0002531764 |
| 25 | ECABC0F6317CA9329B795C6F993F8894A6C3610B | 07/07/2025 03:56:04 | TushyRaw | 06/06/2025 | 06/10/2025 | PA0002534380 |
| 26 | B4E8057332BF8AEB2142569B5256FA620DD6B062 | 04/29/2025 23:28:08 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |