United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STRIKE 3 HOLDINGS, LLC, et al.,
Plaintiffs,

v.

META PLATFORMS, INC.,
Defendant.

Case No. 25-cv-06213-EKL

**ORDER DENYING MOTIONS WITHOUT PREJUDICE**

Re: Dkt. Nos. 78, 79

Because the identity of the defendant in Case No. 26-cv-02578-VKD is subject to a protective order and not known to the Court, the Court cannot determine whether Case No. 25-cv-06213-EKL and Case No. 26-cv-02578-VKD are related within the meaning of Civil Local Rule 3-12. Pursuant to the terms of the protective order, Strike 3 Holdings, LLC ("Strike 3") must obtain leave from Judge DeMarchi rather than asking for an order from this Court. Case No. 26-cv-02578-VKD, ECF No. 9. The Court therefore DENIES without prejudice the administrative motion to relate cases filed by Strike 3 in Case No. 25-cv-06213-EKL. ECF No. 78. In light of that conclusion, the Court also DENIES as moot the administrative motion to consider whether another party's material should be sealed. ECF No. 79.

**IT IS SO ORDERED.**

Dated: September 4, 2026

EUMI K. LEE
United States District Judge