United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 162.192.7.34,

Defendant.

Case No. 26-cv-02578-VKD

**INTERIM ORDER PLAINTIFF'S MOTION FOR LEAVE TO MAKE LIMITED DISCLOSURE OF DEFENDANT'S IDENTITY**

Re: Dkt. No. 16

Plaintiff Strike 3 Holdings, LLC ("Strike 3") moves for leave to make limited disclosure of defendant's identity to the Court in Case No. 5:25-cv-06213-EKL *Strike 3 Holdings, LLC v. Meta*. Strike 3 explains that the requested relief is sought so that Judge Lee, who presides over that case, may determine whether the present action should be related to that case. *See* Dkt. No. 16.

The Court is inclined to grant Strike 3's motion. It does not appear that the defendant has been served with Strike 3's motion, although he apparently has been informed by letter of the relief Strike 3 seeks. *See* Dkt. No. 16-1 ¶ 4. The Court orders Strike 3 to serve a copy of the present motion and this order immediately on the Doe defendant, and to file a proof of service (under seal, if necessary). If the Doe defendant objects to the disclosure of his identity to Judge Lee in Case No. 5:25-cv-06213-EKL, he must file an opposition to Strike 3's motion within 7 days from service of Strike 3's motion.

**IT IS SO ORDERED.**

Dated: October 5, 2026

Virginia K. DeMarchi
United States Magistrate Judge